UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RAMON FONTANEZ,                                              :
:
                      Plaintiff,          :
:      22-cv-5115 (VSB)
     -against-                                             :
:      **ORDER**
PAWP INC.,                                                   :
:
                      Defendant.      :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 15, 2022
       New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge